November 14, 2013.



# JUDGMENT

# The Fourteenth Court of Appeals

NICKOLOSIE D. GRADNEY, Appellant

NO. 14-13-00574-CV                                    V.

DEBORAH CAYTON, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 31, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Nickolosie D. Gradney.

We further order this decision certified below for observance.